FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 MAR 27 PM 2: 16
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

TO WHOM IT MAY CONCERN,

THIS CASE HAS BEEN TRANSFERRED TO THE UNITED STATES SUPREME COURT BEFORE THE SAME DAY YOU INVADED MY PRIVACY WITH YOUR FBI AND PUT THIS TO NORTHERN DIVISION. THE FBI HAS SIX I LEARNED TOLEDO DOWNTOWN OFFICES A GAME TIED I GUARNTEE ME. A FBI'S COUSIN WAS HIRED MY JOB SO FBI HAS INFLUENCE FEDERAL COURTS STARTING SUING INTERSTATE MY JOB. THE OHIO SUPREME COURT IS CORRUPT AND FEDERAL IS PASSING CASES TO NORTHERN AS JUDGES DEFAMATION SLANDERED MY MENTALITY AND REPUTATION IN DOCUMENTS. I FILED AN INJUNCTION ON FBI AND STARTING SEX DATE WEBSITES THEY THINK CAN PREY BETWEEN. AWC HAS TWO BOUGHT FEMALES RIGGED TO TURN ON ME I WOULD NOT TOUCH EVEN AN FBI AGENT. ONE BROUGHT FOREMAN KYLE AWC HOME AFTER A BAR , THEN BROTHER LIVING WITH KICKED HER OUT. THEN IN THE VAN BRAGGED ABOUT HOW BIG A DICK SHE COULD FIT IN HER MOUTH. SHE TRIED LIVING WITH ME , ROXANNE, AS WE KNEW SAME PEOPLE SHE WENT TO SCHOOL WITH IN IDA. FBI MOVED HER TO MICHIGAN PUTTING HER UNLIMITED UNEMPLOYMENT COVID A GAME SEX HARASSMENT ME. SHERRI WAS A DRUG DEALER AND LEFT AFTER THE STUPID BITCH FELL ON ICE TWICE AND I SIGNED A STATEMENT WITNESSING ONE. SHE CALLED THE TEM AGENCY TELLING THEM SHE SMOKED POT AND WOULD FAIL A DRUG TEST. THEN ONE OF THE GUYS SHE SOLD POT TO AFTER LEFT, AWC GAVE HIM A DRUG TEST OPTICAL ILLUSION HIRING HIM AWC. RIGHT NOW CANDACE AND LAURA CAME TO MY JOB SUNDAY, LAURA NEVER SINCE I BEEN THERE CAME A SUNDAY. THEN HER ASS MISSED THREE DAYS, THEN CAME IN LATE THURSDAY NOT HER KEY WORK ROTATION. EVERY JOB THE FBI FABRICATES FEMALES TO TURN ON ME AS EVERY JOB I REFUSE THEIR SEX. THERE IS NO COURT ORDER ANYTHING ANY FEMALE ANY JOB , EVEN ARAMARK WAS A GAME OFFICE TWO FEMALES CLAIMED I SHOWN PHOTOS GIRLS 14. I LAID MY CELL ON THEIR DESK AND SAID FIND THOSE PHOTOS. THERE IS NO PROOF OTHER THAN DEFAMATION ANY FEMALES ALLEGATIONS. I NEVER WAS FIRED ANY JOB, A GUY AWC WAS FIRED INSTANTLY WHEN A GIRL SAID WAITING A VAN HE GRABBED HER ASS. AWC HAS CAMERAS OUTSIDE THE LOT. I HAVE SHERRI GIVING ME HER CELL I SENT COURT AND HER TEXT ME, THEN STOP. HER ASS WAS TOAST COLLECTING WORKMANS COMP AND ENTRAPMENT HER CUSTOMER MISLED HIRED AWC A DRUG TEST GAME. EVERY HEAD DID A URINE TEST, I WAS THE ONLY ONE A HAIR FOLICLE AND MOUTH SWAB. TWO FBI CORRUPT OHIO COURT HOUSES ARE NOT BEING FBI RIGGED PASSING CASES BACK TO THE VERY SLANDERING AND DEFAMATION ASSHOLES CALLING THEMSELVES FAIR AND IMPARTIAL JUDGES CASE AFTER CASE. ATTORNEYS AND DEFENDANTS WERE ALREADY MAILED SUMMONS THE CASES. YOU RIGGED THE CASE CLOSED THE 9TH WHERE IS THE DOCUMENT THE 9TH. YOU DID NOTHING UNTIL 16TH WHEN I FILED THIS UNITED STATES SUPREME COURT. I HAVE TWO PEOPLE SIGNING STATEMENTS , MIKE AND SEAN SAYINGN OHIO SUPREME COURT NEVER MAILED PROOF SENT STATEMENT, ONLY KATHY. MIKE ON 3/22/2023 ASKED TOM OUR SITE MANAGER WHAT IS UP WITH NIGHT SHIFT HE TOLD MIKE NO PAY GO HOME. TOM I WAS TOLD IS HIRING THREE LEADS POSTED ON HIS FACEBOOK, NOT INDEED, NEPOTISM. ONLY PEOPLE THEY KNOW ARE BEING HIRED. THE NIGHT SHIFT OF MY KEY DOES NOTHING AT NIGHT AND LAST NIGHTS NIGHT SHIFT WORKED SECOND KEY AS I WENT IN, THEN HOME. SHANE CAME IN LIKE CANDACE, ONE OF FOUR DAYS SCHEDULED, NEITHER A MEDICAL OR FIRED.

JOSEPH EMERSON          3/23/2023

**Utility Events**

2:23-cv-00907-JLG-KLL Emerson v. Auto Warehousing Company et al **CASE CLOSED on 03/09/2023**

CLOSED,PRO SE

# U.S. District Court

## Southern District of Ohio

## Notice of Electronic Filing

The following transaction was entered on 3/16/2023 at 10:37 AM EDT and filed on 3/16/2023
**Case Name:**     Emerson v. Auto Warehousing Company et al
**Case Number:**   2:23-cv-00907-JLG-KLL
**Filer:**
**WARNING: CASE CLOSED on 03/09/2023**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*Case transferred from Ohio Southern has been opened in NORTHERN DISTRICT OF OHIO as case 3:23-cv-00541, filed 03/16/2023. (er)**


**2:23-cv-00907-JLG-KLL Notice has been electronically mailed to:**

John J. Stark     john.stark@usdoj.gov, CaseView.ECF@usdoj.gov, Emily.Jones@usdoj.gov, OGC.SDOH@ssa.gov, USAOHS.ECF@usdoj.gov, USAOHS.ECFColCiv@usdoj.gov, USAOHS.ECFColSS@usdoj.gov, vanessa.davis2@usdoj.gov

Matthew J Cavanagh     mcavanagh@mcdonaldhopkins.com, ccolosimo@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com

**2:23-cv-00907-JLG-KLL Notice has been delivered by other means to:**

Joseph Emerson
PO Box 13
Toledo, OH 43697

FORM 20. CIVIL FEE WAIVER AFFIDAVIT AND ORDER

IN <u>THE SUPREME COURT OF THE UNITED STATES</u>

JOSEPH EMERSON )
       Plaintiff, )   CASE NO.
)
vs. )   JUDGE
)
AUTO WAREHOUSING COMPANY (ET/AL) )   **FINANCIAL DISCLOSURE / FEE-WAIVER AFFIDAVIT AND ORDER**
       Defendant. )

Pursuant to R.C. 2323.311, the below-named Applicant requests that the Court determine that the Applicant is an indigent litigant and be granted a waiver of the prepayment of costs or fees in the above captioned matter. The Applicant submits the following information in support of said request.

| Personal Information | |
|---|---|
| Applicant's First Name<br>JOSEPH | Applicant's Last Name<br>EMERSON |
| Applicant's Date of Birth<br>09/09/1962 | Last 4 Digits of Applicant's SSN<br>9642 |
| Applicant's Address | |

| Other Persons Living in Your Household | | | |
|---|---|---|---|
| First Name | Last Name | Is this person a child under 18? | Relationship (Spouse or Child) |
| | | ☐ Yes ☐ No | |
| | | ☐ Yes ☐ No | |
| | | ☐ Yes ☐ No | |

**Public Benefits**

I receive the following public benefits and my gross income, including the cash benefits marked below, does not exceed 187.5% of the federal poverty guidelines.

Place an "X" next to any benefits you receive.

Ohio Works First[1]: ☐    SSI[2]: ☐    Medicaid[3]: ☒    Veterans Pension Benefit[4]: ☐    SNAP / Food Stamps[5]: ☐

| Monthly Income | | | |
|---|---|---|---|
| I am NOT able to access my spouse's income | | | |
| | Applicant | Spouse (If Living in Household) | Total Monthly Income |

| | | | |
|---|---|---|---|
| Gross Monthly Employment Income, including Self-Employment Income (Before Taxes) | $ | $ | $ 2,560 |
| Unemployment, Worker's Compensation, Spousal Support (If Receiving) | $ | $ | $ |
| | | TOTAL MONTHLY INCOME | $ |

### Liquid Assets

| Type of Asset | Estimated Value |
|---|---|
| Cash on Hand | $ |
| Available Cash in Checking, Savings, Money Market Accounts | $ 1433.74 |
| Stocks, Bonds, CDs | $ |
| Other Liquid Assets | $ |
| Total Liquid Assets | $ |

### Monthly Expenses

| Column A | | | Column B | |
|---|---|---|---|---|
| Type of Expense | Amount | | Type of Expense | Amount |
| Rent / Mortgage / Property Tax / Insurance | $ 600 | | Insurance (Medical, Dental, Auto, etc.) | $ 100 |
| Food / Paper Products/Cleaning Products/Toiletries | $ 800 | | Child or Spousal Support that You Pay | $ |
| Utilities (Heat, Gas, Electric, Water / Sewer, Trash) | $ 400 | | Medical / Dental Expenses or Associated Costs of Caring for a Sick or Disabled Family Member | $ |
| Transportation / Gas | $ 400 | | Credit Card, Other Loans | $ |
| Phone | $ 50 | | Taxes Withheld or Owed | $ |
| Child Care | $ | | Other (e.g. garnishments) | $ |
| Total Column A Expenses | $ 2250 | | Total Column B Expenses | $ 100 |
| TOTAL MONTHLY EXPENSES (Column A + Column B) | | | 2350 | |

I, **Joseph Emerson**, hereby certify that the information I have provided on
(Print Name)
this financial disclosure form is true to the best of my knowledge and that I am unable to prepay the costs or fees in this case.

_Signature_

**NOTARY PUBLIC:**
Sworn to before me and signed in my presence this 16th day of March, 20 23, in Lucas County, Ohio.

_Lauren Colangel_ Notary Public (Signature)

LAUREN COLANGELO
Notary Public, State of Ohio
My Commission Expires 02-21-2027

Lauren Colangel
Notary Public (Printed)
My Commission expires: 02-21-2027

If available, an individual duly authorized to administer this oath at the Clerk of Court's Office will do so at no cost to the Applicant.

NO. _____

IN THE SUPREME COURT OF THE UNITED STATES

PETITIONER:

JOSEPH EMERSON, P.O. BOX 13, TOLEDO, OHIO 43697

RESPONDENTS:

AUTO WAREHOUSING COMPANY, 4405 CHRYSLER DRIVE#25, TOLEDO, OHIO 43608

LORI LOUGHLIN, 81307 AMUNDSEN AVENUE, LAQUINTA, CALIFIORNIA 92253

ISABELLA ROSE GIANNULLI, 81307 AMUNDSEN AVENUE, LAQUINTA, CALIFORNIA 92253

OLIVIA JADE GIANNULLI, 81307 AMUNDSEN AVENUE, LAQUINTA, CALIFORNIA 92253

GRANT GILBERT, C/O TOLEDO HOMEFINDERS LLC, P.O. BOX 8000, TOLEDO, OHIO 43605

TV -11 BRIAN LORENZEN, 730 NORTH SUMMIT STREET, TOLEDO, OHIO 43604

CHRYSLER C/O CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FLORIDA 33324

E & K CONTRACTORS /BOB EWING, 4030 FITCH ROAD, TOLEDO, OHIO 43613

PREMIER BANK/ MANAGER, 3426 NAVARRE AVENUE, OREGON, OHIO 43616

BLACK AND WHITE CAB/GREG WEBB, 4665 BANCROFT STREET, TOLEDO, OHIO 43615

TOLEDO POLICE, 525 NORTH ERIE STREET, TOLEDO, OHIO 43604

TOLEDO FBI, 420 MADISON AVENUE #800, TOLEDO, OHIO

TV 13, 4247 DOOR STREET, TOLEDO, OHIO 43607

ON PETITION FOR A WRIT OF CERTIORARI TO :

OHIO SUPREME COURT,

65 SOUTH FRONT STREET

COLUMBUS, OHIO 43215

PETITION FOR WRIT OF CERTIORARI

JOSEPH EMERSON

P.O. BOX 13

TOLEDO, OHIO 43697

I HAVE THIS CASE FILED SEPARATE CASES IN LUCAS COUNTY COMMON PLEAS COURT. I HAVE 30 YEARS THE FBI TOLEDO AND DETROIT USING ME A WITNESS PROTECTION PROGRAM GAME RAPIST, TERRORIST AND DRUG DEALER. NONE HAVE BEEN PROVEN EVEN FORCED ENTRAPMENT AS FBI RIGS ME BLACKBALLED JOBS. THEY INVADE MY PRIVACY FORCED RAPE SEXING ANY FEMALE INTERSTATE I CONTACT. RIGHT NOW FACEBOOK IS THE ONLY LAWSUIT SITTING MUTE IN LUCAS COUNTY COMMON PLEAS COURT. WHEN I WAS IN A HOMELESS SHELTER FORCED THREE YEARS APPARENTLY SHAQUILLE ONIEL RIGGED 14 FEMALES COLLEGE UNIVERSITY OF PHOENIX EMPLOYED BY FACEBOOK. THEIR LAST ENTRY WAS AROUND 2013. MANY ARE SISTERS, ALLEGEDLY LESBIANS, FROM DETROITY NOW IN ARIZONA. A FBI PLOT IS I LOSE FORCED WITH PAID OFF JUDGES MY PENSIONS AND CASES AND FORCED AN ATTORNEY WITH THESE FEMALES FBI ALREADY USED AND SEXED. AS I TRY TO FIND A FEMALE NOT WHORED FBI IS BETWEEN WITH SLANDERING LIES. THEY ARE SICK MINDED TRYING TO RAPE ME FORCING ME SEX THREE FEMALES ROTATING NEW EACH WEEK AS THEY BLOCK COMMUNICATION BETWEEN AND WHORE THEM PRIOR FOR STDS. ELON MUSK IS ONE OF MANY INCLUDING JIM CAREY MOVED TO ANN ARBOR. I HAVE A RIGHT TO TALK TO ANYONE AND I SCREEN THEM TO SEE IF I EVEN WANT THEM TO COME NEAR ME. THEY ARE NOT PROMISED SEX FBI AND FORCING ME SEX FEMALES RIGGED MY PIMP. JUSTICE JOHN ROBERTS HAD ONE ALLEGATION AS I DID YEARS BACK RIGGED, THIS IS CLEARLY FBI RAPE BOTH PARTIES THEIR ASSES ILLEGALY BETWEEN,. RIGHT NOW OBSTRUCTION OF JUSTICE IS FBI AND DEFENDANTS BLOCKING FACEBOOK OR OTHER COMMUNICATION OTHER VICTIMS THESE CASES. THEN RIGGED ARE ALLEGATIONS PEOPLE BEHIND MY BACK I AM NOT TOLD TO EVEN DEFEND. LISTED SEPERATELY IS LORI LOGHLIN AND DAUGHTERS LIABILITY ME FRAMED A BANK ESCORTED BY POLICE TO REMOVE MY COPYRIGHTS MY SAFE DEPOSIT BOX. I SHOW TABLOIDS TWO ARE ENTRAPMENT AND FBI RIGGING SITUATION WITH PARENTS. I ALREADY REDUCED DAMGES THEM TWO MILLION TO ONE. I HAVE CELEBRITIES RIGGED MESSAGING ME, DEMI LOVATO, ASHLEY JUDD, BILL BURR. WHO I DELETED WAS GARTH BROOKS SAMUEL JACKSON LL. COOL J AND ANOTHER RAPPER. AT FIRST I DELETED DEMI LOVATO. THEY ARE TRYING TO FORCE ME WITH CELEBRITIES AND FORCE ME SHAQS ATTORNEY. HE KNOWS COPYRIGHTS A TIE CELEBRITIES IF HAS SOME CREATED FIRM. THE SIMPLE FACT EVERY LAWSUIT IS RIGGED DISMISSED AND UNTOUCHED IS FACEBOOK PROVES A SCAM. I HATE BEING MY OWN ATTORNEY AS FBI AND CORPORATES BUY EVERY ATTORNEY. RIGHT NOW IS A FIRM OVER ST CHARLES HOSPITAL. I HIRED ATTORNEY ROBERT STRAUSS FILLING OUT DOCUMENTS A WORKMANS COMP CASE AWC. YOU ALSO HAVE MEDICAL MALPRACTICE SAWING MY KNEE IN HALF. NO FIRM ANYWHERE WOULD TAKE THIS CASE RIOGGED. TWO OTHER HOSPITAL STEALING MY COPYRIGHTS CLAIMED I HAD INTERNAL BLEEDING AND NEEDED BLOOD. ONE WAS SAME MORNING ARTIST PRINCE FOUND DEAD. THREE CASES SUPREME COURT ARE BEING RIGGED FEDERAL COURT SO FBI RIGS OUTCOMES BOUGHT JUDGES. I HAVE A CASE SUING FBI AND FEDERAL COURT SLANDERING ME MY INTEGRITY AND CHARACTER MY FILED CASES. WHEN MY KNEE WAS CUT IN HALF I HAD ESCROW MY RENT RIGGED PAST TWO MONTHS DOWNTOWN. JAMES PETAS, HEAD OF ESCROW, SOLD LANDLORD LARRY HUTTON HIS HOT DOG BUSINESS AND FBI POLOTICS WENT TO GRANT GILBERT. THESE LAWSUITS ASKED FOR MONETARY DAMAGES PREVIOUS COURT CASES. GRANT GILBERT 500,000, E & K CONTRACTORS 500,000, PREMIER BANK ONE MILLION. BLACK AND WHITE CAB HAD A CAB DRIVER TELL ME THREE GIRLS GAVE HIM ORAL SEX DRIVING AND THEY SINCE 2010 HAVE BEEN A GAME SEX. THEY WERE ALSO 500,000 I BELIEVE. I PUT THREE MILLION TV 13 EMPLOYEES BLOCKED FACEBOOK AND STATION MANAGER TIED BLOCKING WITH FBI OTHER EMAIL WAYS. TOLEDO POLICE STALK ME WITH FBI AND RIGHT NOW LIABILITY A POLICE CHIEF RETIRED AND NOBODY WANTS TO REPLACE HIM. SQUASH ME AND OTHERS DAMAGES WHAT FBI CAUSED, RATHER THAN ILLIMINATE THE FBI THE ROOT OF EVERY

PROBLEM PAID 80,000 A YEAR EACH AGENT. I STATED I WANTED FIVE MILLION TV 13 AS MCKENZIE AND HUSBAND WERE REPEATEDLY RIGGED PIPEFITTERS BOOKS. THREE MILLION TOLEDO POLICE STARTING STALKING ME ON JOB E&K FORCING ME TO QUIT . ASHLEY BORNANCIN QUIT TV 13 AND STALKED ME IN TV 13 CAR JOBS AREAS WHICH IS NOT HER JOB DESCRIPTION. FBI HAS RIGGED PEOPLE NBC, CBS AND ABC DOING SAME, GAMES. CHRYSLER IS ABOVE AWC AND I HAVE DOCUMENTS EMBEZZLING CARS. I HAD CHRYSLER 2 MILLION, AWC THREE MILLION. AWC WAS RIGGING FEMALES TO FIRE ME SEX HARASSMENT GAMES AS I WAS FULL TIME ABOUT TO BUY A HOUSE. COMMON PLEAS COURT NO UNEMPLOYMENT OR JOBS DWINDLED MY FIVE THOUSAND. TV 11 RIGGED ARIYL ONSTOTT ENTRAPMENT SEX WITH TOLEDO POLICE OUTSIDE STALKING. I WANT 500,000 THEM AS MICHELLE BACKUS LEFT A PIPEFITTERS BOOK TWICE I NEVER EMAILED TO.

JOSEPH EMERSON                                              03/16 /2023

*[signature]*